ation or decision of this petition.

No. 96–8894. ROBINSON v. CLINTON, PRESIDENT OF THE UNITED STATES, ET AL. C. A. 7th Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.